**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Renso Miguel PENA, Defendant–
Appellant.**

No. 05–40158
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2006.

James O. Jenkins, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Todd Weldon Leblanc, Beaumont, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

---

The court-appointed appellate counsel for Renso Miguel Pena has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pena has not filed a response to counsel's motion to withdraw. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.